UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR JLUCAS-JUAREZ, | Case No. 5:26-cv-03511-SSC |
| Petitioner, | |
| v. | JUDGMENT |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1. The petition is granted.

2. Respondents are enjoined from continuing to detain Petitioner Salvador JLucas-Juarez (A# 246-060-815) unless no later than **July 13, 2026**, he is provided with an individualized bond hearing under 8 U.S.C. § 1226(a) at which the government must bear the burden of showing by clear and convincing evidence that Petitioner poses a flight risk or danger to the public. At such hearing, the immigration judge must exercise discretion to make an individualized determination whether Petitioner should be detained pending removal proceedings based on all relevant facts—including criminal history, immigration history, manner of entry, length of residence, family ties, employment, community connections, and compliance with prior orders. *See Matter of Guerra*, 24 I. & N. Dec. 37, 40 (BIA 2006).

3.  The Clerk of Court is directed to close this case.

DATED: July 6, 2026

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE